# Court of Appeals
# of the State of Georgia

ATLANTA, December 07, 2020

*The Court of Appeals hereby passes the following order:*

**A21E0017. IN THE INTEREST OF B. M. R., A CHILD (MOTHER) v. STATE OF GEORGIA.**

Pursuant to Court of Appeals Rule 40 (b), the mother of B. M. R. has filed an emergency motion requesting a thirty (30) day extension of time to file an application for discretionary appeal in this matter. The mother's motion is hereby GRANTED. The application for discretionary appeal shall be filed no later than January 6, 2021.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 12/07/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____, *Clerk.*